## THIRD DISTRICT.

**Mack Henry, appellee, v. East and West Insurance Company of New Haven, Connecticut, appellant. Gen. No. 9,039.**

Opinion filed October 15, 1937.

Samuel Levin and Wilson & Schmiedeskamp, for appellant. G. Dirk Green and Lancaster & Nichols, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

**People of the State of Illinois, defendant in error, v. Russell Clayton, plaintiff in error. Gen. No. 9,051.**

Opinion filed October 15, 1937.

Roy D. Johnson, for plaintiff in error. Mark A. Penick, State's Attorney, and Delbert Loos, Assistant State's Attorney, for defendant in error; Arthur R. Roy, of counsel.

Mr. Presiding Justice Fulton delivered the opinion of the court.

**First National Bank of Pittsfield, Illinois, appellant, v. Henry Sash et al., appellees. Gen. No. 9,057.**

Opinion filed October 15, 1937. Rehearing denied January 4, 1938.

William and Barry Mumford and Chas. E. Turner, for appellant. Edwin Johnston, for appellees; Merrill H. Johnston, of counsel.

Mr. Presiding Justice Fulton delivered the opinion of the court.